# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3644
LT Case No. 2021-CF-001408-A

_____

DAVID JULIAN MURRELL,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Michael A. Graves, Public Defender, and Charity Rose Braddock, Assistant Public Defender, Inverness, for Petitioner.

Ashley Moody, Attorney General, Tallahassee, and Rebecca Rock McGuigan Assistant Attorney General, Daytona Beach, for Respondent.

March 15, 2024

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the October 23, 2023 judgment and sentence rendered in Case No. 2021-CF-001408-A, in the Circuit Court in and for Citrus County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

MAKAR, HARRIS, and BOATWRIGHT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____